IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HERSHELL BURGESS
ADC #135827                                                                                    PLAINTIFF

V.                                  1:10CV00088 JMM/JTR

STOUT, Mailroom Supervisor,
Grimes Unit, Arkansas Department of Correction, et al.               DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's November 5, 2010 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 14th day of December, 2010.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE